IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELBERT MUI,

    Plaintiff,

  v.

NEW CENTURY MORTGAGE CORP.,

    Defendant.

No. C 09-05059 CRB

**ORDER DISMISSING CASE**

The Court is in receipt of a request for dismissal with prejudice, filed by pro se Plaintiff Elbert Mui. The Court notes that Plaintiff submitted his request on what appears to be a Superior Court form, yet he wrote in the address of this Court, and his case name and number in this Court. Finding good cause therefor, the Court hereby DISMISSES Plaintiff's case with prejudice, and vacates the motion hearing currently on calendar for January 8, 2010. If, for some reason, Plaintiff did not intend to dismiss this case, Plaintiff is to so notify the Court by **January 8, 2010.** After that date, if the Court has not heard otherwise from Plaintiff, it will enter judgment and terminate the case.

**IT IS SO ORDERED.**

Dated: December 22, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\5059\order dismissing case.wpd