IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELBERT MUI,

    Plaintiff,

v.

NEW CENTURY MORTGAGE CORP.,

    Defendant.

No. C 09-05059 CRB

**JUDGMENT**

The Court, in accordance with the Order Dismissing Case, hereby enters judgment.

**IT IS SO ORDERED.**

Dated: January 12, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\5059\judgment.wpd